FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>NICHOLAS MICHAEL HOWARD,<br><br>                              Defendant. | No.    2:25-CR-00102-RLP<br><br>STIPULATED DISCOVERY PROTECTIVE ORDER<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO EXPEDITE |

BEFORE THE COURT are the Stipulated Discovery Protective Order, ECF No. 39, and the Government's related Motion to Expedite, ECF No. 40. The Court has reviewed the file and is fully advised. GOOD CAUSE HAVING BEEN SHOWN, the Court hereby ORDERS that the Stipulated Protective Order and related Motion to Expedite are GRANTED.

//

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulation for a Protective Order Regarding Discovery, **ECF No. 39**, is **GRANTED**.

2. The Government's Motion to Expedite, **ECF No. 40**, is **GRANTED**.

3. This Protective Order governs all discovery material in any format (written or electronic), and information contained therein, that is produced by the government in discovery in the above captioned case.

4. The United States will make available copies of discovery materials not otherwise covered by the Stipulated Protective Order Regarding Computer Forensic Review Procedures for Child Pornography Contraband, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the discovery materials is limited to the attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record who are assigned to work on the defense of this case (hereinafter collectively referred to as members of the defense team). Members of the defense team may use discovery materials and the information contained therein only for the defense of this case and for no other purpose. Members of the defense team shall not disseminate discovery materials or the information contained therein to anyone outside the defense team. Counsel of record for Defendant shall ensure that all members of the defense team abide by this Protective Order.

//

ORDER - 2

5.	The attorneys of record and members of the defense team may display and review the discovery materials with the Defendant. The attorneys of record and members of the defense team acknowledge that providing copies of the discovery materials to Defendant and other persons is prohibited, and agree not to duplicate or provide copies of discovery materials to Defendant and other persons.

6.	Nothing in this order should be construed as imposing any discovery obligations on the government or Defendant that are different from those imposed by case law and/or Rule 16 of the Federal Rules of Criminal Procedure and the Local Criminal Rules.

7.	Any discovery material, or information contained therein, that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.

8.	The provisions of this Order shall not terminate at the conclusion of this prosecution.

9.	Any violation of any term or condition of this Order by Defendant, Defendant's attorney(s) of record, any member of the defense team, or any attorney for the United States Attorney's Office for the Eastern District of Washington, may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

ORDER - 3

10. Any discovery materials provided pursuant to this Order shall be returned to the United States Attorney's Office, including all copies, within 14 days of the completion of the case before the Court or, if an appeal is taken, within ten days of the completion of the case in the United States Court of Appeals for the Ninth Circuit or Supreme Court of the United States.

11. If the Defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the Defendant's violation

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** July 8, 2025

_____
REBECCA L. PENNELL
DISTRICT COURT JUDGE

ORDER - 4